**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint, ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

U.S. COURTS
JUN 23 2010
Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

FEE PAID
RCPT #252038

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | ) | Case No. 07-20439-TLM |
|---|---|---|
| | ) | |
| GARCIA, JON E. | ) | Chapter 7 |
| GARCIA, MICHELLE R. | ) | |
| Debtor(s). | ) | |
| | ) | |

### TURNOVER OF FUNDS TO CLERK

The Court having ordered distribution of the assets of the above-entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U. S. District Court the following funds for the reason stated below:

1. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U. S. C. §347(a).

| NAME AND ADDRESS OF CREDITOR | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|
| Worldwide Asset Purchasing II, LLC c/o West Asset Management, Inc P. O. Box 105698 Atlanta   GA   30348 | 103 | 03/08/10 | $291.21 |

TOTAL $291.21
**TOTAL AMOUNT REMITTED** $291.21
(Check No. 114)

DATED: June 8, 2010

_Ford Elsaesser_
Ford Elsaesser Trustee

TURNOVER OF FUNDS TO CLERK